# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

PRESTON SHANE ALLEN,

    Plaintiff,

v.                                    CASE NO. 1:13-cv-00005-MP-GRJ

KENNETH S. TUCKER, Secretary,
Florida Department of Corrections

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on plaintiff's objections to the magistrate judge's order. (Doc. 7). On January 16, 2013, the magistrate judge entered an order (doc. 4) deferring plaintiff's motion to proceed *in forma pauperis* until the plaintiff files the motion on the proper court form. As directed by the magistrate judge's order, the Clerk sent plaintiff a blank motion to proceed *in forma pauperis,* including a Prisoner Consent and Financial Certificate. The plaintiff now objects to the magistrate judge's order.

Under Rule 72(a) of the Federal Rules of Civil Procedure, a party may serve and file objections to a magistrate judge's order on a non-dispositive matter within 14 days after being served with a copy. The district judge in the case must consider timely objections and modify or set aside any part of the order that is clearly erroneous or is contrary to law.

Upon consideration of the magistrate judge's order (doc. 4) and petitioner's timely filed objections (doc. 7), I have determined that the order is neither clearly erroneous nor contrary to law.

Accordingly, it is hereby **ORDERED AND ADJUDGED**:

1. Plaintiff's objection to the magistrate judge's order (doc. 7) is DENIED and the magistrate judge's order (doc. 4) is AFFIRMED.

2. Plaintiff shall either pay the $350.00 filing fee or move for leave to proceed as a pauper, utilizing the proper court forms, on or before February 15, 2013.  Failure to comply will result in dismissal of this case.

**DONE AND ORDERED** this   *31st* day of January, 2013

      *s/Maurice M. Paul*
      Maurice M. Paul, Senior District Judge