IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

PRESTON SHANE ALLEN,

    Plaintiff,
v.                                                                          CASE NO. 1:13-cv-5-MP-GRJ

KENNETH S. TUCKER,

    Defendant.
_____/

## O R D E R

Pending before the Court is Plaintiff's "Amended Motion for Leave to Proceed *in Forma Pauperis*." (Doc. 9.) On January 16, 2013, the Court directed Plaintiff to file an motion to proceed as a pauper by February 15, 2013. (Doc. 4.) While Plaintiff has filed an amended motion to proceed as a pauper, he has not included his statement of inmate accounts. Accordingly, the Court will grant Plaintiff a thirty-day extension of time to file a complete motion to proceed as a pauper which includes his inmate account statement.

Accordingly, it is **ORDERED**:

1. Consideration of Plaintiff's "Amended Motion to Proceed *in Forma Pauperis*" is **DEFERRED.** Plaintiff must file a complete motion to proceed as a pauper, including his inmate account statements, **on or before March 18, 2013.**

2. Failure to comply with this order within the allotted time, or to show cause why Plaintiff is unable to comply, will result in a recommendation to the district judge that the case be dismissed without further notice for failure to prosecute and for failure to obey an order of the court.

**DONE AND ORDERED** this 14th day of February 2013.

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge