IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

PRESTON SHANE ALLEN,

    Plaintiff,
v.                                CASE NO. 1:13-cv-5-MP-GRJ

KENNETH S. TUCKER,

    Defendant.
_____/

**O R D E R**

Pending before the Court is Plaintiff's "Motion for Joinder of Actions." (Doc. 10.) Plaintiff requests the Court to join this action with Case No. 1:13-cv-6-MP-GRJ, asserting that joinder will facilitate "judicial expediency and efficiency." (Doc. 10, at 1.) This motion is due to be denied. In the instant case, Plaintiff alleges that the prison policies for providing kosher food to Jewish inmates during Passover violated his right to freely practice his religion. In Case No. 1:13-cv-6-MP-GRJ, Plaintiff alleges that unnamed officials at Mayo Correctional Institution have conspired to fail to answer inmate grievances and to destroy copies of grievances. The allegations in the two complaints appear to be completely unrelated. Accordingly, joinder of these actions would be improper, and Plaintiff's "Motion for Joinder of Actions," Doc. 10, is **DENIED**.

**DONE AND ORDERED** this 14th day of February 2013.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge